# United States District Court

|  | CENTRAL | DISTRICT OF | ILLINOIS |

UNITED STATES OF AMERICA

V.

MANUEL CASTRO REYES
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**
CASE NUMBER NO: 04-3069-M

*FILED DEC - 7 2004 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 6, 2004 in Sangamon County, in the Central District of Illinois, the Defendant, **Manuel Castro Reyes**, and committed the following criminal offenses:

**Count I - Illegal Transportation of Aliens and Aiding and Abetting**

In that on or about December 6, 2004, **Manuel Castro Reyes**, did knowingly or in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or move, or attempted to transport or move such aliens within the United States by means of transportation or otherwise in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

I further state that I am a(n) _____INS Special Agent_____ and that this complaint is based on the following facts:
                                    Official Title

**See attached Affidavit**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

s/ Stuart A. Kutz
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 7, 2004  2:35 PM                    at Springfield, Illinois
Date                                             City and State

Honorable Byron G. Cudmore
United States Magistrate Judge              s/ Byron G. Cudmore
Name & Title of Judicial Officer             Signature of Judicial Officer

STATE OF ILLINOIS      )
                       )  SS
COUNTY OF SANGAMON )

# AFFIDAVIT

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than twenty-eight (28) years. I am currently assigned to the Springfield, Illinois ICE Office;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including aliens who have entered the United States illegally and activities which constitute the illegal transportation of such aliens in the furtherance of their illegal presence in the United States;

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject MANUEL CASTRO-REYES;

4. At approximately 2:15 P.M. on December 6, 2004, Illinois State Police Trooper Steve Ent stopped a gray 1998 Chevrolet Suburban, bearing Arizona License # 257 JXC, for improper lane usage on southbound Interstate 55 near the 90 mile marker in Springfield, Illinois. Driving this vehicle at that time was MANUEL CASTRO-REYES. Upon approaching the vehicle, Trooper Ent observed numerous Hispanic passengers in the vehicle, none of whom could speak much, if any, English, and none of whom were in possession of documentation issued in the United States, other than one passenger, who had an ID card issued in North Carolina. Illinois

State Police Special Agent Tim Hansen arrived on the scene and asked the occupants in the Spanish Language if they were illegally in the United States, to which the driver, MANUEL CASTRO-REYES, responded, stating that he and the passengers were all aliens illegally in the United States. At this time Trooper Ent had his dispatcher notify the Springfield ICE Office;

5. Upon responding to Trooper Ent's location, ICE Special Agents Stuart A. Kutz and Gerard Solberg determined, through cursory questioning, that MANUEL CASTRO-REYES and the other eleven (11) occupants of this vehicle were all Mexican citizens illegally present in the United States without having been properly inspected and admitted by an Immigration Officer. At that time, Agent Kutz transported all occupants to the Springfield ICE Office for further questioning and processing;

6. Upon arriving at the Springfield ICE Office, MANUEL CASTRO-REYES was advised of his constitutional rights as per Miranda; his Consular Communication Privileges, pursuant to Article 36 of the Vienna Convention; and given the "Advice of Rights-Retention of Witnesses" form (as per U.S. v Lujan-Castro). MANUEL CASTRO-REYES agreed to answer questions without an attorney present and signed the Form I-214 (Advisement of Rights). During questioning, MANUEL CASTRO-REYES admitted that he had driven the vehicle most of the way from Phoenix, Arizona, with one passenger having driven for approximately 45 minutes of the thirty-six (36) hour trip. MANUEL CASTRO-REYES admitted that he knew that his passengers were all aliens illegally in the United States, stating that he had crossed the border illegally with them just last week. When an inventory search was conducted on the belongings of MANUEL CASTRO-REYES, $886.76 was found. When the wad of one hundred-dollar bills and fifty-dollar bills was removed from the wallet, MANUEL CASTRO-REYES stated that that money had come from the passengers. Further questioning concerning the money revealed that a smuggler by the name of Armando GARCIA agreed to let MANUEL CASTRO-REYES drive in

lieu of paying a $300.00 smuggling fee; Armando GARCIA was driving another load vehicle (van) with thirteen (13) passengers who were destined for New York. MANUEL CASTRO-REYES stated that these two vehicles traveled together from Phoenix, Arizona until the van split off from them somewhere in Kansas. MANUEL CASTRO-REYES stated that prior to that split, Armando GARCIA paid for all of the gasoline and food expenses for both vehicles, and just prior to splitting-up, Armando GARCIA gave MANUEL CASTRO-REYES approximately $170.00 to pay for the remaining food and gasoline expenses for the passengers in the Suburban.

7. During questioning, the passengers all stated that MANUEL CASTRO-REYES had driven this vehicle all of the way from Phoenix, Arizona to Springfield, Illinois, with the exception of one hour. These eleven (11) passengers stated that they had paid unknown smuggler(s) amounts ranging from $1,600.00 to $3,000.00 each for this trip. These passengers were going to destinations in Missouri and North Carolina.

Based on the foregoing, affiant believes that there is probable cause to charge MANUEL CASTRO-REYES with violations of Title 8, United States Code, Section 1324(a)(1) (A)(ii), and these activities occurred in Sangamon County, Illinois, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Stuart A. Kutz
STUART A. KUTZ, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 7[h] day of December 2004.

s/ Byron G. Cudmore
HONORABLE BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE