# United States District Court

___ CENTRAL DISTRICT OF ILLINOIS ___

E-FILED
Tuesday, 28 December, 2004 02:27:32 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | WARRANT FOR ARREST |
| vs. ) | |
| ) | CASE NO: 04-3069-m |
| MANUEL CASTRO REYES ) | |
| ) | |
| Defendant ) | |

**FILED**

DEC 15 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   THE U. S. MARSHAL and any AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest MANUEL CASTRO REYES and bring him forthwith to the nearest magistrate judge to answer the Complaint charging him with Illegal Transportation of Aliens, in violation of law, Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Aiding and Abetting, in violation of law, Title 18 United States Code, Section 2.

__Honorable Byron G. Cudmore__
Name of Judicial Officer

_s/Byron G. Cudmore_
Signature of Judicial Officer

__U.S. Magistrate Judge__
Title of Judicial Officer

__December 7, 2004, Springfield, Illinois__
Date and Location

**BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE**

Bail fixed at $ _No BAIL_ by _____

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _I-55 mile marker 95_

| Date Received 12/7/04 | Name of Arresting Officer William Hutton | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 12/7/04 | Title of Arresting Officer Special Agent | _[signature]_ for William Hutton |