E-FILED
Monday, 10 January, 2005  11:56:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**
JAN - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 05-30008 |
| v. | VIO: Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(i) |
| MANUEL CASTRO-REYES, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

On or about December 6, 2004, in Sangamon County, in the Central District of Illinois, and elsewhere, the defendant,

**MANUEL CASTRO-REYES,**

knowingly and with reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of commercial advantage or private financial gain.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (B)(i).

### SPECIAL FACTORS

The Grand Jury further charges as follows:

1. That the defendant transported or moved or attempted to transport or move within the United States six or more aliens.

2. That the defendant in transporting or moving said aliens as charged above, recklessly created a substantial risk of death or serious bodily injury to another person.

A TRUE BILL,

/s/ s/Foreperson
FOREPERSON

/s/ s/Esteban Sanchez
JAN PAUL MILLER
UNITED STATES ATTORNEY
efs