**E-FILED**
Tuesday, 18 January, 2005  03:57:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-30008 |
| | ) | |
| MANUEL CASTRO-REYES, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MANUEL CASTRO-REYES' MOTION
TO SUPPRESS STATEMENTS FOR *MIRANDA* VIOLATIONS**

NOW COMES the Defendant, MANUEL CASTRO-REYES (hereinafter "CASTRO," by his attorney, Assistant Federal Defender Douglas J. Beevers, and moves this Honorable Court to suppress statements he allegedly made after he was arrested on the ground that he did not receive the correct *Miranda* warnings prior to making the incriminating statements.  The Supreme Court has held that statements obtained by law enforcement custodial interrogation must be suppressed if the correct *Miranda* warnings were not given.  Dickerson v. United States, 530 U.S. 428, 120 S.Ct. 2326, 147 L. Ed. 2d 405 (2000).  The discovery received from the Government suggests that the Government's evidence will be that Immigration Special Agent Thomas Merchant advised the Defendant of *Miranda* rights in Spanish while he was in custody shortly after his arrest for alien transportation.  According to the United States' discovery, CASTRO initially refused to talk, but later he allegedly confessed to driving the van and admitted he knew the passengers were illegal aliens.  Defense expects that CASTRO

*United States v. Manuel Castro-Reyes*
*Cr. 05-30008*
*Motion to Suppress Miranda*
*Page 2*

will testify that he believes that Special Agent Merchant did advise him of the *Miranda*

rights, but that he invoked his *Miranda* rights.  CASTRO will testify that Special Agent

Merchant continued questioning him after he invoked his Miranda rights.  A suspect is

not subject to further interrogation once he has asked to speak to a lawyer.  <u>Edwards v.</u>

<u>Arizona</u>, 451 U.S. 477, 484-485 (1981).  Police must "scrupulously honor" even a general

invocation of the right to remain silent.  <u>United States v. Wyatt</u>, 179 F.3d 532, 538 (7th

Cir. 1999).

Defense requests a hearing as authorized by <u>United States v. Madoch</u>, 149 F.3d

596, 601 (7th Cir. 1998) to determine whether *Miranda* was violated by government

agents' questioning of the Defendant after he invoked his *Miranda* rights.

Respectfully submitted,

 RICHARD H. PARSONS,
Chief Federal Public Defender,

By:    s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

*United States v. Manuel Castro-Reyes*
*Cr. 05-30008*
*Motion to Suppress Miranda*
*Page 3*

<u>PROOF OF SERVICE</u>

I hereby certify that on January 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Steve Sanchez
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:   s/ Douglas J. Beevers
        Douglas J. Beevers
        Assistant Federal Defender
        600 East Adams Street, 2nd Floor
        Springfield, Illinois  62701
        Telephone: (217) 492-5070
        Fax: (217) 492-5077
        E-mail: douglas_beevers@fd.org