UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-30008 |
| | ) |
| MANUEL CASTRO-REYES, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MANUEL CASTRO-REYES' MOTION
TO ENLARGE THE TIME TO FILE AN OBJECTION
TO THE REPORT AND RECOMMENDATION
REGARDING DEFENDANT'S MOTION TO SUPPRESS**

NOW COMES the Defendant, MANUEL CASTRO-REYES (hereinafter "CASTRO," by his attorney, Assistant Federal Defender Douglas J. Beevers, and moves this Honorable Court to enlarge the time to file objections to the report and recommendation of the U.S. Magistrate Judge until the date of the pre-trial conference. As grounds for the motion, Defendant states that he intends to plead guilty to the indictment by open plea at the next available opportunity.  Defendant requests additional time to object to the report and recommendation only so that the suppression issue will not be waived in the event that the Court does not accept the Defendant's open plea.  Defendant is not seeking to preserve the issue by conditional plea.

*United States v. Manuel Castro-Reyes*
*Cr. 05-30008*
*Motion to Enlarge Objection Period*
*Page 2*

            Respectfully submitted,

            RICHARD H. PARSONS,
            Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
      Douglas J. Beevers
      Assistant Federal Defender
      600 East Adams Street, 2nd Floor
      Springfield, Illinois  62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on February 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Steve Sanchez
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

            By:   s/ Douglas J. Beevers