E-FILED
Friday, 25 February, 2005   10:15:58 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-30008 |
| ) | |
| MANUEL CASTRO-REYES, ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANT MANUEL CASTRO-REYES' DUPLICITY MOTION</u>**

NOW COMES the Defendant, MANUEL CASTRO-REYES (hereinafter "CASTRO," by his attorney, Assistant Federal Defender Douglas J. Beevers, and moves this Honorable Court to allow the filing of Defendant's motion to dismiss the indictment for duplicity after the pre-trial motion deadline.

As grounds for this motion, Defendant states that this court has previously denied the identical motion in another case. The motion is filed to preserve the issue. In addition, the duplicity motion would be useless unless the case is going to trial. The duplicity motion, if granted, would drastically increase the maximum potential sentence; thus, would be counterproductive until plea negotiation is exhausted.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

*United States v. Manuel Castro-Reyes*
*Cr. 05-30008*
*Duplicity Motion*
*Page 2*

## PROOF OF SERVICE

      I hereby certify that on February 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Steve Sanchez
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701


                            By:   s/ Douglas J. Beevers