E-FILED
Friday, 25 February, 2005  10:19:02 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-30008 |
| ) | |
| MANUEL CASTRO-REYES, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO CONTINUE**

NOW COMES the Defendant MANUEL CASTRO-REYES, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial in this cause. In support thereof, defendant states as follows:

1. This case is set for a final pre-trial conference on Friday, March 4, 2005 at 9:00 a.m. and for trial on Monday, March 7, 2005 at 9:00 a.m.;

2. Defendant has recently informed counsel that he no longer wishes to plead guilty;

3. Because both Defense counsel and the Government were previously informed by the defendant that he had intended to plea, neither side will be ready for trial on the scheduled trial date;

4. AUSA Steve Sanchez is also planning to be out of town that week;

5. The Government by AUSA Steve Sanchez has no objection to the requested continuance;

6. This motion is not made for the purpose of delay but in the interests of justice for the reasons herein set forth;

1

WHEREFORE, the defendant MANUEL CASTRO-REYES prays that this Honorable Court continue the scheduled final pre-trial and trial in this cause for approximately 14 days or as soon thereafter as convenient to the Court.

    Respectfully submitted,

    RICHARD H. PARSONS,
    Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on February 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Steve Sanchez
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:   s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org