**E-FILED**
Wednesday, 10 August, 2005  01:34:35 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30008 |
| | ) | |
| MANUEL CASTRO-REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S COMMENTARY ON SENTENCING FACTORS**

NOW COMES the United States of America by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Esteban F. Sanchez, Assistant United States Attorney and for its Commentary on Sentencing Factors as to defendant, Manuel Castro-Reyes, states as follows:

1.      The correct advisory offense level is Level 13.

2.      The correct criminal history category is Category I.

3.      The correct advisory U.S.S.G. range of imprisonment is 12 to 18 months.

4.      The government will not call any witnesses to testify during the sentencing hearing in this cause.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:     s/Esteban F. Sanchez
Esteban F. Sanchez
Assistant United States Attorney
Illinois Bar No. 3123604
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
esteban.sanchez@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Beevers

s/Esteban F. Sanchez
Esteban F. Sanchez
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
Fax: (217) 492-4512
esteban.sanchez@usdoj.gov